## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

Sajjad Nasir

Write the full name of each plaintiff.

-against-

| | |
|---|---|
| 1. China Unicom | 2. Equinix Inc |
| 3. National Australian Bank | 4. GIO Insurance |
| 5. Dr Asish Diwan | 6. Dr Asish Diwan |
| 7. Australian Superannuation Fund | |

Write the full name of each defendant. If you need more space, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed above must be identical to those contained in Section II.

\_\_\_\_\_CV_____
(Include case number if one has been assigned)

## COMPLAINT

Do you want a jury trial?
☑ Yes ☐ No

---

### NOTICE

The public can access electronic court files. For privacy and security reasons, papers filed with the court should therefore *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number. See Federal Rule of Civil Procedure 5.2.

## I. BASIS FOR JURISDICTION

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation, and the amount in controversy is more than $75,000, is a diversity case. In a diversity case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal-court jurisdiction in your case?

☑ **Federal Question**

☐ **Diversity of Citizenship**

### A. If you checked Federal Question

Which of your federal constitutional or federal statutory rights have been violated?

18 U.S. Code § 1595 - Civil remedy

18 U.S. Code § 1590 - Trafficking with respect to peonage, slavery, involuntary servitude, or forcedlabor

18 U.S. Code § 1593A - Benefitting financially from peonage, slavery, and trafficking in persons

## 18 U.S. Code § 1592 - Unlawful conduct with respect to documents

### B. If you checked Diversity of Citizenship

#### 1. Citizenship of the parties

Of what State is each party a citizen?

The plaintiff , _____ , is a citizen of the State of
(Plaintiff's name)

_____
(State in which the person resides and intends to remain.)

or, if not lawfully admitted for permanent residence in the United States, a citizen or subject of the foreign state of

_____ .

If more than one plaintiff is named in the complaint, attach additional pages providing information for each additional plaintiff.

If the defendant is an individual:

The defendant, _____, is a citizen of the State of
          (Defendant's name)

_____

or, if not lawfully admitted for permanent residence in the United States, a citizen or subject of the foreign state of

_____.

If the defendant is a corporation:

The defendant, _____, is incorporated under the laws of

the State of _____

and has its principal place of business in the State of _____

or is incorporated under the laws of (foreign state) _____

and has its principal place of business in _____.

If more than one defendant is named in the complaint, attach additional pages providing information for each additional defendant.

## II. PARTIES

### A. Plaintiff Information

Provide the following information for each plaintiff named in the complaint. Attach additional pages if needed.

| | | |
|---|---|---|
| Sajjad | | Nasir |
| First Name | Middle Initial | Last Name |

| |
|---|
| U29 30-44 , Railway Terrace |
| Street Address |

| | | |
|---|---|---|
| Granville | NSW | 2142 |
| County, City | State | Zip Code |

| | |
|---|---|
| +61404261955 | sajjadqut01@outlook.com |
| Telephone Number | Email Address (if available) |

## B. Defendant Information

To the best of your ability, provide addresses where each defendant may be served. If the correct information is not provided, it could delay or prevent service of the complaint on the defendant. Make sure that the defendants listed below are the same as those listed in the caption. Attach additional pages if needed.

Defendant 1:

| First Name | Last Name |
|---|---|
| China Unicom | |

Current Job Title (or other identifying information)

75th Floor, The Center,  99  Queen's Road Central,  Hong Kong

Current Work Address (or other address where defendant may be served)

| County, City | State | Zip Code |
|---|---|---|

Defendant 2:

| First Name | Last Name |
|---|---|
| Equinix Inc | |

Current Job Title (or other identifying information)

One Lagoon Drive

Current Work Address (or other address where defendant may be served)

| County, City | State | Zip Code |
|---|---|---|
| Redwood City | CA | 94065 |

Defendant 3:

| First Name | Last Name |
|---|---|
| National Australian Bank | |

Current Job Title (or other identifying information)

L15/395 Bourke Street, Melbourne VIC 3000 Australia

Current Work Address (or other address where defendant may be served)

| County, City | State | Zip Code |
|---|---|---|

Defendant 4:

| First Name | Last Name |
|---|---|

Australia Superannuation Fund  Ltd

Current Job Title (or other identifying information)

GPO Box 1901 Melbourne VIC 3001  Australia

Current Work Address (or other address where defendant may be served)

| County, City | State | Zip Code |
|---|---|---|

## III. STATEMENT OF CLAIM

Place(s) of occurrence:  639 Gardeners Road, Sydney, Australia

Date(s) of occurrence:  9/30/2025 -4/30/2026

**FACTS:**

State here briefly the FACTS that support your case. Describe what happened, how you were harmed, and what each defendant personally did or failed to do that harmed you. Attach additional pages if needed.

1.  Between September 30, 2024, and March 17, 2025, Defendants Equinix Inc., National Australia Bank (NAB), and Australian Super, acting in coordination to evade or avoid United States national security sanctions and facilitate illicit securities investments that finance certain blacklisted entities of the People's Republic of China—specifically Defendant China Unicom—trafficked the Plaintiff through a deceptive recruitment scheme initiated at Defendant Equinix Inc.'s physical Australian commercial facility located at *639 Gardeners Road, Sydney, Australia* transporting the Plaintiff across international borders to Singapore for the express purpose of forced labor, in direct v*iolation of 18 U.S. Code § 1590.*

2.  Between September 30, 2024, and March 17, 2025, Defendants Equinix Inc., National Australia Bank (NAB), and Australian Super, to validate Defendant China Unicom's conspiracy of establishing illicit front-office operations to avoid or evade U.S. sanctions, directly violated 18 U.S. Code § 1592. The Defendants knowingly manufactured false corporate organizational identities, plaintiff personnel identities and synthetic compliance profiles to conceal the true operational footprint, data routing networks, and identity of Defendant China Unicom at *2 Tai Seng Avenue, (TSX Exchange) Singapore,* for the explicit furtherance of trafficking, peonage, slavery, involuntary servitude, and forced labor.

3.  Between January 23, 2025, and June 30, 2025, Defendants National Australia Bank (NAB) and Australian Super, in order to execute prohibited securities investments financing designated Chinese state-owned enterprises (specifically Defendant China Unicom), violated 18 U.S. Code § 1583 via enticement into involuntary servitude, and *violated 18 U.S. Code § 159*2 by exploiting the Plaintiff's personal banking records. Operating through National Australia Bank *Branch Code 084-435,* and Account # Defendants fabricated back-dated financial transactions and unlawfully transferred off-grid cash to avoid the U.S. SWIFT tracking system. Concurrently, Defendant China Unicom held the Plaintiff in a state of physical captivity, transporting the Plaintiff on a covered van floor to and from its operational facilities to perform forced manual labor involving heavy IT hardware, directly causing the Plaintiff to suffer severe, permanent acute physical spinal trauma.

4.  Between March 20, 2025, and June 6, 2025, the Defendants GIO, Dr. Ashish Diwan, and Synergy Radiology, in order to further the exploitation and exploitation scheme of defendants China Unicom, fabricated a workers' *insurance certificate # 252790301* for the front offices of China Unicom, obstructed access to treatment, falsified medical records to mislead the diagnosis and undermine the plaintiff injury, repeatedly delayed and subsequently cancelled appointments in order to delay and obstruct treatment, while aiding the defendant China Unicom from liabilities to benefit from its scheme violating *18 U.S. Code § 1593A.*

5.  The Plaintiff pleads to the court, having exhausted the remedial procedures at the highest level with both jurisdictions in Singapore and Australia, that its intervention is necessary for not only protection of the fundamental freedom, labor and human rights but also the U.S. national interest and threats to the free market.

## INJURIES:

If you were injured as a result of these actions, describe your injuries and what medical treatment, if any, you required and received.

**Physical Injuries:**

Severe spinal trauma (lumbar and cervical) sustained during the forced-labor cycle, resulting in ongoing pain and functional impairment.

**Medical Treatment Withheld / Ongoing Harm:**

Diagnostic imaging and treatment were intentionally withheld, causing prolonged deterioration, chronic symptoms, and continuing physical and economic harm.

## IV. RELIEF

State briefly what money damages or other relief you want the court to order.

**A. Compensatory and Actual Damages:**

**Financial Losses:** Withheld salary, unpaid allowances, unreimbursed expenses, and diversion of TPD insurance and workers' compensation entitlements.
**Physical & Pecuniary Harm:** Compensation for spinal injuries, withheld medical care, and resulting long-term economic impact.

**B. Punitive and Exemplary Damages:**
**Punitive Award:** Punitive damages against all defendants.
**Basis:** Defendants acted with malice, fraud, and deliberate exploitation through forced-labor trafficking and concealment of injuries.

## V. PLAINTIFF'S CERTIFICATION AND WARNINGS

By signing below, I certify to the best of my knowledge, information, and belief that: (1) the complaint is not being presented for an improper purpose (such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation); (2) the claims are supported by existing law or by a nonfrivolous argument to change existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Federal Rule of Civil Procedure 11.

I agree to notify the Clerk's Office in writing of any changes to my mailing address. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Each Plaintiff must sign and date the complaint. Attach additional pages if necessary. If seeking to proceed without prepayment of fees, each plaintiff must also submit an IFP application.

| 06/16/2026 | | |
|---|---|---|
| Dated | Plaintiff's Signature | |
| Sajjad | Nasir | |
| First Name Middle Initial | Last Name | |

| | | |
|---|---|---|
| Street Address | | |
| U 29 30-44 Railway Terrace | NSW | 2142 |
| County, City | State | Zip Code |
| Granville Australia | sajjadqut01@outlook.com | |
| Telephone Number | Email Address (if available) | |

I have read the Pro Se (Nonprisoner) Consent to Receive Documents Electronically:

☑ Yes   ☐ No

    If you do consent to receive documents electronically, submit the completed form with your complaint. If you do not consent, please do not attach the form.



**United States District Court**
**Southern District of New York**

# Pro Se (Nonprisoner) Consent to Receive Documents Electronically

Parties who are not represented by an attorney and are not currently incarcerated may choose to receive documents in their cases electronically (by e-mail) instead of by regular mail. Receiving documents by regular mail is still an option, but if you would rather receive them only electronically, you must do the following:

1. Sign up for a PACER login and password by contacting PACER[1] at www.pacer.uscourts.gov or 1-800-676-6856;

2. Complete and sign this form.

If you consent to receive documents electronically, you will receive a Notice of Electronic Filing by e-mail each time a document is filed in your case. After receiving the notice, you are permitted one "free look" at the document by clicking on the hyperlinked document number in the e-mail.[2] Once you click the hyperlink and access the document, you may not be able to access the document for free again. After 15 days, the hyperlink will no longer provide free access. Any time that the hyperlink is accessed after the first "free look" or the 15 days, you will be asked for a PACER login and may be charged to view the document. For this reason, *you should print or save the document during the "free look" to avoid future charges.*

## IMPORTANT NOTICE

Under Rule 5 of the Federal Rules of Civil Procedure, Local Civil Rule 5.2, and the Court's Electronic Case Filing Rules & Instructions, documents may be served by electronic means. If you register for electronic service:

1. You will no longer receive documents in the mail;

2. If you do not view and download your documents during your "free look" and within 15 days of when the court sends the e-mail notice, you will be charged for looking at the documents;

3. This service does *not* allow you to electronically file your documents;

4. It will be your duty to regularly review the docket sheet of the case.[3]

---

[1] Public Access to Court Electronic Records (PACER) (www.pacer.uscourts.gov) is an electronic public access service that allows users to obtain case and docket information from federal appellate, district, and bankruptcy courts, and the PACER Case Locator over the internet.

[2] You must review the Court's actual order, decree, or judgment and not rely on the description in the email notice alone. *See* ECF Rule 4.3

[3] The docket sheet is the official record of all filings in a case. You can view the docket sheet, including images of electronically filed documents, using PACER or you can use one of the public access computers available in the Clerk's Office at the Court.

# CONSENT TO ELECTRONIC SERVICE

I hereby consent to receive electronic service of notices and documents in my case(s) listed below. I affirm that:

1. I have regular access to my e-mail account and to the internet and will check regularly for Notices of Electronic Filing;

2. I have established a PACER account;

3. I understand that electronic service is service under Rule 5 of the Federal Rules of Civil Procedure and Rule 5.2 of the Local Civil Rules, and that I will no longer receive paper copies of case filings, including motions, decisions, orders, and other documents;

4. I will promptly notify the Court if there is any change in my personal data, such as name, address, or e-mail address, or if I wish to cancel this consent to electronic service;

5. I understand that I must regularly review the docket sheet of my case so that I do not miss a filing; and

6. I understand that this consent applies only to the cases listed below and that if I file additional cases in which I would like to receive electronic service of notices of documents, I must file consent forms for those cases.

**Civil case(s) filed in the Southern District of New York:**

**Note:** This consent will apply to all cases that you have filed in this court, so please list all of your pending and terminated cases. For each case, include the case name and docket number (for example, John Doe v. New City, 10-CV-01234).

Current Filling Only and no pending or terminated Cases

_____

Sajjad Nasir
_____
Name (Last, First, MI)

U29 30-44 Railway terrace | Granville | NSW | 2142
Address | City | State | Zip Code

+61404261955 | sajjadqut01@outlook.com
Telephone Number | E-mail Address

06/16/2026
Date | Signature

**Return completed form to:**

Pro Se Intake Unit (Room 200)
500 Pearl Street
New York, NY 10007

**II.     The Parties to This Complaint**

**B.     The Defendant(s)** Defendant No. 5

| | |
|---|---|
| Name | GIO Insurance |
| Job or Title *(if known)* | Superannuation Trust and Financial Entity |
| Street Address | Level 33, 50 Lonsdale St |
| City and County | Melbourne, Victoria |
| State and Zip Code | Australia, 3000 |
| Telephone Number | |
| E-mail Address *(if known)* | wc.complaints@suncorp.com.au |

Defendant No. 6

| | |
|---|---|
| Name | Dr Asish Diwan |
| Job or Title *(if known)* | Suite 16, Level 5 |
| Street Address | St George Private Hospital |
| City and County | 1 South St, Kogarah NSW 2217 |
| State and Zip Code | Australia 2217 |
| Telephone Number | |
| E-mail Address *(if known)* | |

Defendant No. 7

| | |
|---|---|
| Name | Synergy Radiology |
| Job or Title *(if known)* | 66-70 Auburn Road |
| Street Address | Auburn, NSW |
| City and County | Australia |
| State and Zip Code | Australia 2217 |
| Telephone Number | |
| E-mail Address *(if known)* | |